UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY, et al.,<br><br>    Defendants. | Case No. 22-cv-00777-JST<br><br>**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Re: ECF No. 5 |

Plaintiff, an inmate at Maguire Correctional Facility, filed a *pro se* action pursuant to 42 U.S.C. § 1983. On February 22, 2022, Plaintiff filed a letter with this Court, informing the Court that he wished to dismiss this action. ECF No. 5.

The Court construes this letter as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i). Fed. R. Civ. P. 41(a)(1)(i) provides that a plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Defendants have not yet been served in this action. Therefore, pursuant to the February 22, 2022 Notice of Voluntary Dismissal, this action is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, dismissal is without prejudice).

**IT IS SO ORDERED.**

Dated: February 25, 2022

_____
JON S. TIGAR
United States District Judge